Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002



9314 7100 1170 1219 4728 44

**RETURN RECEIPT REQUESTED**

Send Payments to:
Fay Servicing, LLC
PO Box 88009
Chicago, IL 60680-1009

Send Correspondence to:
Fay Servicing, LLC
Attn: Customer Service Dept
PO Box 809441
Chicago, IL 60680-9441

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

BURNS LORENE
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034







EXHIBIT

K

# F̲AY̲ ̲ SERVICING

425 S. Financial Place, 20th Floor
Chicago, IL 60605
**Phone:** (800) 495-7166
**Fax:**
www.fayservicing.com

Sent Via Certified Mail™ with Return Receipt
9314 7100 1170 1219 4728 44

10/22/2025
BURNS LORENE
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

Loan Number: ▉▉▉▉▉▉
Property Address:   169 Douglas Hill Rd
West Baldwin, ME 04091

## NOTICE OF RIGHT TO CURE

Dear BURNS LORENE:

You are hereby provided formal notice by Fay Servicing, LLC, the Servicer of the above-referenced loan acting on behalf of U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Fay Servicing, LLC may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Fay Servicing, LLC or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $5,127.81, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/21/2025 |
| Total Monthly Payments Due: | | $4,977.81 |
| Monthly Payment | 10/21/2025 | $1,659.27 |
| Monthly Payment | 09/21/2025 | $1,659.27 |
| Monthly Payment | 08/21/2025 | $1,659.27 |
| Late Charges: | | $150.00 |
| Unapplied Balance: | | ($0.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**          **$5,127.81**

You can cure this default by making a payment of $5,127.81 by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure



ME_RTC      Rev. 05/2025
Page 1 of 6

9314 7100 1170 1219 4728 44

9314710011701219472844-001-002-13

the default will remain constant until this date. If you make a payment of $5,127.81 by 12/03/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

    Fay Servicing, LLC
    PO Box 88009
    Chicago, IL 60680-1009

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Fay Servicing, LLC or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
1-800-495-7166

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

9314 7100 1170 1219 4728 44

**Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Fay Servicing, LLC.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Fay Servicing, LLC immediately. When contacting Fay Servicing, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Johni Saro toll-free at 1-800-495-7166 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
(800) 495-7166

9314 7100 1170 1219 4728 44

## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| HABITAT FOR HUMANITY MAUI, INC | P: 808-242-1140<br>T:<br>F:<br>E: info@habitat-maui.org<br>W: https://www.habitat-maui.org/ | 1162 Lower Main St<br>Wailuku, HI 96793-2039 |
| HALE MAHAOLU HOMEOWNERSHIP/HOUSING COUNSELING | P: 808-242-7027<br>T:<br>F: 808-500-6199<br>E: mcenji@halemahaolu.org<br>W: http://www.halemahaolu.org | 95 Mahalani Street, Suite #26-2A<br>Wailuku, HI 96793-2516 |
| HAWAII HOMEOWNERSHIP CENTER | P: 808-523-9500<br>T:<br>F:<br>E: info@hihomeownership.org<br>W: http://www.hihomeownership.org | 1259 Aala St Ste 201<br>Honolulu, HI 96817-3962 |
| HAWAIIAN COMMUNITY ASSETS, INC | P: 808-587-7886<br>T: 000-000-0000<br>F: 000-000-0000<br>E: info@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net/ | 310 Paoakalani Ave<br>Honolulu, HI 96815-3738 |
| HAWAIIAN COMMUNITY ASSETS, INC. - ANAHOLA BRANCH | P: 808-784-3841<br>T:<br>F:<br>E: kauaifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 2600 Kaumualii Highway<br>Suite E-12<br>Lihue, HI 96766 |
| HAWAIIAN COMMUNITY ASSETS, INC. - HILO BRANCH | P: 808-934-0501<br>T:<br>F:<br>E: hilofcc@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1315 Kalanianaole St<br>Hilo, HI 96720-4911 |
| HAWAIIAN COMMUNITY ASSETS, INC. - WAILUKU BRANCH | P: 808-727-8570<br>T:<br>F:<br>E: mauifcc@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1950 E Vineyard St<br>Wailuku, HI 96793-1715 |
| LEGAL AID SOCIETY OF HAWAII | P: 808-536-4302<br>T: 800-499-4302<br>F: 808-527-8088<br>E:<br>W: http://www.legalaidhawaii.org | 924 Bethel Street<br>HONOLULU, HI 96813-4304 |
| LEGAL AID SOCIETY OF HAWAII - Hilo Branch | P: 808-961-2851<br>T: 800-499-4302<br>F: 808-969-3983<br>E:<br>W: http://www.legalaidhawaii.org | 101 Aupuni Street<br>PH1002<br>HILO, HI 96720-4246 |
| LEGAL AID SOCIETY OF HAWAII - Kaneohe Branch | P: 808-235-5343<br>T: 800-499-4302<br>F: 808-239-5292<br>E:<br>W: http://www.legalaidhawaii.org | 45-955 Kamehameha Hwy.<br>Suite 206<br>KANEOHE, HI 96744-3922 |
| LEGAL AID SOCIETY OF HAWAII - Kaunakakai Branch | P: 800-553-3251<br>T: 800-499-4302<br>F: 808-774-8667<br>E:<br>W: http://www.legalaidhawaii.org | 40 Ala Malama Ave<br>Kaunakakai, HI 96748-3427 |
| LEGAL AID SOCIETY OF HAWAII - Lihue Branch | P: 808-245-4728<br>T: 800-499-4302<br>F: 808-246-8324<br>E:<br>W: http://www.legalaidhawaii.org | 3016 Umi Street<br>Suite 208<br>LIHUE, HI 96766-1346 |
| LEGAL AID SOCIETY OF HAWAII - Waianae Branch | P: 808-696-6322<br>T: 800-499-4302<br>F: 808-696-5809<br>E:<br>W: http://www.legalaidhawaii.org | 85-670 Farrington Hwy Ste A<br>WAIANAE, HI 96792-2407 |



9314 7100 1170 1219 4728 44

9314710011701219472844-001-002-17

## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| LEGAL AID SOCIETY OF HAWAII - Wailuku Branch | P: 808-244-3731<br>T: 800-499-4302<br>F: 808-446-7849<br>E:<br>W: http://www.legalaidhawaii.org | 24 N. Church street<br>Suite 401<br>WAILUKU, HI 96793-1680 |
| MONEY MANAGEMENT INTERNATIONAL - HONOULULU | P: 866-232-9080<br>T: 866-232-9080<br>F: 866-921-5129<br>E: ccounselinginfo@moneymanagement.org<br>W: http://www.moneymanagement.org | 500 Ala Moana Blvd Ste 7400<br>Honolulu, HI 96813-4902 |
| NSC (NACA COUNSELING SUBSIDIARY) - HONOLULU, HI | P: 310-412-2600<br>T: 617-250-6222<br>F: 877-329-8222<br>E: N/A<br>W: https://www.naca.com | 1516 S King St<br>Honolulu, HI 96826-1912 |

https://data.hud.gov/housing_counseling.html                                           VCP110

9314 7100 1170 1219 4728 44

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-517-9877<br>T: 207-517-9577<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1510 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUEST MAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycast.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4982 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: htsyd@waldocap.org<br>W: https://oakiocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |



Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002



*2405508344*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Fay Servicing, LLC
PO Box 88009
Chicago, IL 60680-1009

BURNS LORENE
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

Send Correspondence to:
Fay Servicing, LLC
Attn: Customer Service Dept
PO Box 809441
Chicago, IL 60680-9441

2405508344-001-002-11





425 S. Financial Place, 20th Floor
Chicago, IL 60605
**Phone:** (800) 495-7166
**Fax:**
www.fayservicing.com

Sent Via Certificate of Mailing

10/22/2025
BURNS LORENE
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

Loan Number: ▇▇▇▇▇▇▇
Property Address:   169 Douglas Hill Rd
West Baldwin, ME 04091

## NOTICE OF RIGHT TO CURE

Dear BURNS LORENE:

You are hereby provided formal notice by Fay Servicing, LLC, the Servicer of the above-referenced loan acting on behalf of U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Fay Servicing, LLC may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Fay Servicing, LLC or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $5,127.81, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/21/2025 |
| Total Monthly Payments Due: | | $4,977.81 |
| Monthly Payment | 10/21/2025 | $1,659.27 |
| Monthly Payment | 09/21/2025 | $1,659.27 |
| Monthly Payment | 08/21/2025 | $1,659.27 |
| Late Charges: | | $150.00 |
| Unapplied Balance: | | ($0.00) |

### TOTAL YOU MUST PAY TO CURE DEFAULT:                   $5,127.81

You can cure this default by making a payment of $5,127.81 by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure

2405508344-001-002-13

2405508344

the default will remain constant until this date. If you make a payment of $5,127.81 by 12/03/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

> Fay Servicing, LLC
> PO Box 88009
> Chicago, IL 60680-1009

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Fay Servicing, LLC or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
1-800-495-7166

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Fay Servicing, LLC.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Fay Servicing, LLC immediately. When contacting Fay Servicing, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Johni Saro toll-free at 1-800-495-7166 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
(800) 495-7166



## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| HABITAT FOR HUMANITY MAUI INC | P: 808-242-1140<br>T:<br>F:<br>E: info@habitat-maui.org<br>W: https://www.habitat-maui.org | 1162 Lower Main St<br>Wailuku, HI 96793-2039 |
| HALE MAHAOLU HOMEOWNERSHIP/HOUSING COUNSELING | P: 808-242-7027<br>T:<br>F: 808-500-6199<br>E: mcenji@halemahaolu.org<br>W: http://www.halemahaolu.org | 95 Mahalani Street, Suite #26-2A<br>Wailuku, HI 96793-2516 |
| HAWAII HOMEOWNERSHIP CENTER | P: 808-523-9500<br>T:<br>F:<br>E: info@hihomeownership.org<br>W: http://www.hihomeownership.org | 1259 Aala St Ste 201<br>Honolulu, HI 96817-3962 |
| HAWAIIAN COMMUNITY ASSETS, INC | P: 808-587-7656<br>T: 000-000-0000<br>F: 000-000-0003<br>E: info@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net/ | 310 Paoakalani Ave<br>Honolulu, HI 96815-3738 |
| HAWAIIAN COMMUNITY ASSETS, INC. - ANAHOLA BRANCH | P: 808-784-3841<br>T:<br>F:<br>E: kauaifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 2600 Kaumualii Highway<br>Suite E-12<br>Lihue, HI 96766 |
| HAWAIIAN COMMUNITY ASSETS, INC. - HILO BRANCH | P: 808-934-0501<br>T:<br>F:<br>E: hilofac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1315 Kalanianaole St<br>Hilo, HI 96720-4911 |
| HAWAIIAN COMMUNITY ASSETS, INC. - WAILUKU BRANCH | P: 808-727-8570<br>T:<br>F:<br>E: mauifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1950 E Vineyard St<br>Wailuku, HI 96793-1715 |
| LEGAL AID SOCIETY OF HAWAII | P: 808-536-4302<br>T: 800-499-4302<br>F: 808-527-8088<br>E:<br>W: http://www.legalaidhawaii.org | 924 Bethel Street<br>HONOLULU, HI 96813-4304 |
| LEGAL AID SOCIETY OF HAWAII - Hilo Branch | P: 808-961-2851<br>T: 800-499-4302<br>F: 808-969-3983<br>E:<br>W: http://www.legalaidhawaii.org | 101 Aupuni Street<br>PH1002<br>HILO, HI 96720-4246 |
| LEGAL AID SOCIETY OF HAWAII - Kaneohe Branch | P: 808-235-5343<br>T: 800-499-4302<br>F: 808-239-5292<br>E:<br>W: http://www.legalaidhawaii.org | 45-955 Kamehameha Hwy.<br>Suite 206<br>KANEOHE, HI 96744-3922 |
| LEGAL AID SOCIETY OF HAWAII - Kaunakakai Branch | P: 800-553-3251<br>T: 800-499-4302<br>F: 808-774-8667<br>E:<br>W: http://www.legalaidhawaii.org | 40 Ala Malama Ave<br>Kaunakakai, HI 96748-3427 |
| LEGAL AID SOCIETY OF HAWAII - Lihue Branch | P: 808-245-4728<br>T: 800-499-4302<br>F: 808-246-8324<br>E:<br>W: http://www.legalaidhawaii.org | 3016 Umi Street<br>Suite 208<br>LIHUE, HI 96766-1345 |
| LEGAL AID SOCIETY OF HAWAII - Waianae Branch | P: 808-696-6322<br>T: 800-499-4302<br>F: 808-696-5809<br>E:<br>W: http://www.legalaidhawaii.org | 85-670 Farrington Hwy Ste A<br>WAIANAE, HI 96792-2407 |

VCP110



ME_RTC    Rev. 05/2025
Page 4 of 6

2405508344

## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| LEGAL AID SOCIETY OF HAWAII - Wailuku Branch | P: 808-244-3731<br>T: 800-499-4302<br>F: 808-446-7849<br>E:<br>W: http://www.legalaidhawaii.org | 24 N. Church street<br>Suite 401<br>WAILUKU, HI 96793-1680 |
| MONEY MANAGEMENT INTERNATIONAL - HONOLULU | P: 866-232-9080<br>T: 866-232-9080<br>F: 866-921-5129<br>E: counselinginfo@moneymanagement.org<br>W: http://www.moneymanagement.org | 500 Ala Moana Blvd Ste 7400<br>Honolulu, HI 96813-4902 |
| NSC (NACA COUNSELING SUBSIDIARY) - HONOLULU, HI | P: 310-412-2600<br>T: 617-250-6222<br>F: 877-329-8222<br>E: N/A<br>W: https://www.naca.com | 1516 S King St<br>Honolulu, HI 96826-1912 |

2405508344

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-517-9877<br>T: 207-517-9577<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1519 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycast.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4982 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: hbsye@waldocap.org<br>W: https://oaklocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |



Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002



*2405508343*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Fay Servicing, LLC
PO Box 88009
Chicago, IL 60680-1009

Send Correspondence to:
Fay Servicing, LLC
Attn: Customer Service Dept
PO Box 809441
Chicago, IL 60680-9441

Dennis Burns
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

2405508343-001-001-1





425 S. Financial Place, 20th Floor
Chicago, IL 60605
**Phone:** (800) 495-7166
**Fax:**
www.fayservicing.com

Sent Via Certificate of Mailing

10/22/2025
Dennis Burns
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

Loan Number:
Property Address:    169 Douglas Hill Rd
West Baldwin, ME 04091

## NOTICE OF RIGHT TO CURE

Dear Dennis Burns:

You are hereby provided formal notice by Fay Servicing, LLC, the Servicer of the above-referenced loan acting on behalf of U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Fay Servicing, LLC may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Fay Servicing, LLC or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $5,127.81, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/21/2025 |
| Total Monthly Payments Due: | | $4,977.81 |
| Monthly Payment | 10/21/2025 | $1,659.27 |
| Monthly Payment | 09/21/2025 | $1,659.27 |
| Monthly Payment | 08/21/2025 | $1,659.27 |
| Late Charges: | | $150.00 |
| Unapplied Balance: | | ($0.00) |

### **TOTAL YOU MUST PAY TO CURE DEFAULT:**          **$5,127.81**

You can cure this default by making a payment of $5,127.81 by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure

ME_RTC      Rev. 05/2025
Page 1 of 6

2405508343-001-001-3

2405508343

the default will remain constant until this date. If you make a payment of $5,127.81 by 12/03/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

> Fay Servicing, LLC
> PO Box 88009
> Chicago, IL 60680-1009

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Fay Servicing, LLC or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
1-800-495-7166

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Fay Servicing, LLC.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Fay Servicing, LLC immediately. When contacting Fay Servicing, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Johni Saro toll-free at 1-800-495-7166 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
(800) 495-7166



## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| HABITAT FOR HUMANITY MAUI, INC | P: 808-242-1140<br>T:<br>F:<br>E: info@habitat-maui.org<br>W: https://www.habitat-maui.org | 1162 Lower Main St<br>Wailuku, HI 96793-2039 |
| HALE MAHAOLU HOMEOWNERSHIP/HOUSING COUNSELING | P: 808-242-7027<br>T:<br>F: 808-500-6199<br>E: moenji@halemahaolu.org<br>W: http://www.halemahaolu.org | 95 Mahalani Street, Suite #26-2A<br>Wailuku, HI 96793-2515 |
| HAWAII HOMEOWNERSHIP CENTER | P: 808-523-9500<br>T:<br>F:<br>E: info@hihomeownership.org<br>W: http://www.hihomeownership.org | 1259 Aala St Ste 201<br>Honolulu, HI 96817-3962 |
| HAWAIIAN COMMUNITY ASSETS, INC | P: 808-587-7656<br>T: 000-000-0000<br>F: 000-000-0003<br>E: info@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net/ | 310 Paoakalani Ave<br>Honolulu, HI 96815-3738 |
| HAWAIIAN COMMUNITY ASSETS, INC. - ANAHOLA BRANCH | P: 808-784-3841<br>T:<br>F:<br>E: kauaifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 2609 Kaumualii Highway<br>Suite E-12<br>Lihue, HI 96766 |
| HAWAIIAN COMMUNITY ASSETS, INC. - HILO BRANCH | P: 808-934-0501<br>T:<br>F:<br>E: hilofac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1315 Kalanianaole St<br>Hilo, HI 96720-4911 |
| HAWAIIAN COMMUNITY ASSETS, INC. - WAILUKU BRANCH | P: 808-727-8570<br>T:<br>F:<br>E: mauifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1950 E Vineyard St<br>Wailuku, HI 96793-1715 |
| LEGAL AID SOCIETY OF HAWAII | P: 808-536-4302<br>T: 800-499-4302<br>F: 808-527-8088<br>E:<br>W: http://www.legalaidhawaii.org | 924 Bethel Street<br>HONOLULU, HI 96813-4304 |
| LEGAL AID SOCIETY OF HAWAII - Hilo Branch | P: 808-961-2851<br>T: 800-499-4302<br>F: 808-969-3983<br>E:<br>W: http://www.legalaidhawaii.org | 101 Aupuni Street<br>PH1002<br>HILO, HI 96720-4246 |
| LEGAL AID SOCIETY OF HAWAII - Kaneohe Branch | P: 808-235-5343<br>T: 800-499-4302<br>F: 808-239-5292<br>E:<br>W: http://www.legalaidhawaii.org | 45-955 Kamehameha Hwy.<br>Suite 206<br>KANEOHE, HI 96744-3922 |
| LEGAL AID SOCIETY OF HAWAII - Kaunakakai Branch | P: 800-553-3251<br>T: 800-499-4302<br>F: 808-774-8667<br>E:<br>W: http://www.legalaidhawaii.org | 40 Ala Malama Ave<br>Kaunakakai, HI 96748-3427 |
| LEGAL AID SOCIETY OF HAWAII - Lihue Branch | P: 808-245-4728<br>T: 800-499-4302<br>F: 808-246-8324<br>E:<br>W: http://www.legalaidhawaii.org | 3016 Umi Street<br>Suite 208<br>LIHUE, HI 96766-1345 |
| LEGAL AID SOCIETY OF HAWAII - Waianae Branch | P: 808-696-6322<br>T: 800-499-4302<br>F: 808-696-5809<br>E:<br>W: http://www.legalaidhawaii.org | 85-670 Farrington Hwy Ste A<br>WAIANAE, HI 96792-2407 |

https://data.hud.gov/housing_counseling.html

VCP110

2405508343-001-001-7


## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| LEGAL AID SOCIETY OF HAWAII - Wailuku Branch | P: 808-244-3731<br>T: 800-499-4302<br>F: 808-446-7849<br>E:<br>W: http://www.legalaidhawaii.org | 24 N. Church street<br>Suite 401<br>WAILUKU, HI 96793-1680 |
| MONEY MANAGEMENT INTERNATIONAL - HONOLULU | P: 866-232-9080<br>T: 866-232-9080<br>F: 866-921-5129<br>E: counselinginfo@moneymanagement.org<br>W: http://www.moneymanagement.org | 500 Ala Moana Blvd Ste 7400<br>Honolulu, HI 96813-4902 |
| NSC (NACA COUNSELING SUBSIDIARY) - HONOLULU, HI | P: 310-412-2600<br>T: 617-250-6222<br>F: 877-329-8222<br>E: N/A<br>W: https://www.naca.com | 1516 S King St<br>Honolulu, HI 96826-1912 |

VCP110

2405508343

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-517-9877<br>T: 207-517-9577<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1619 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycast.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4952 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: htsyel@waldocap.org<br>W: https://oaklocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |

https://data.hud.gov/housing_counseling.html

VCP110

2405508343-001-001-9

2405508343



Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002



9314 7100 1170 1219 4728 37

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

**RETURN RECEIPT REQUESTED**

Send Payments to:
Fay Servicing, LLC
PO Box 88009
Chicago, IL 60680-1009

Send Correspondence to:
Fay Servicing, LLC
Attn: Customer Service Dept
PO Box 809441
Chicago, IL 60680-9441

Dennis Burns
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034





425 S. Financial Place, 20th Floor
Chicago, IL 60605
**Phone:** (800) 495-7166
**Fax:**
www.fayservicing.com

Sent Via Certified Mail™ with Return Receipt
9314 7100 1170 1219 4728 37

10/22/2025
Dennis Burns
169 DOUGLAS HILL RD
WEST BALDWIN, ME 04091-3034

Loan Number:          ▮▮▮▮▮▮▮
Property Address:    169 Douglas Hill Rd
                                West Baldwin, ME 04091

### NOTICE OF RIGHT TO CURE

Dear Dennis Burns:

You are hereby provided formal notice by Fay Servicing, LLC, the Servicer of the above-referenced loan acting on behalf of U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).  If you do not correct the default by this date, Fay Servicing, LLC may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Fay Servicing, LLC or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $5,127.81, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/21/2025 |
| Total Monthly Payments Due: | | $4,977.81 |
| Monthly Payment | 10/21/2025 | $1,659.27 |
| Monthly Payment | 09/21/2025 | $1,659.27 |
| Monthly Payment | 08/21/2025 | $1,659.27 |
| Late Charges: | | $150.00 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$5,127.81** |

You can cure this default by making a payment of $5,127.81 by 12/03/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure



ME_RTC      Rev. 05/2025
Page 1 of 6

9314 7100 1170 1219 4728 37

9314710011701219472837-001-001-3

the default will remain constant until this date. If you make a payment of $5,127.81 by 12/03/2025, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

    Fay Servicing, LLC
    PO Box 88009
    Chicago, IL 60680-1009

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Fay Servicing, LLC or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
1-800-495-7166

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Fay Servicing, LLC.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Fay Servicing, LLC immediately. When contacting Fay Servicing, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Johni Saro toll-free at 1-800-495-7166 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
(800) 495-7166



## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| HABITAT FOR HUMANITY MAUI INC | P: 808-242-1140<br>T:<br>F:<br>E: info@habitat-maui.org<br>W: https://www.habitat-maui.org | 1162 Lower Main St<br>Wailuku, HI 96793-2039 |
| HALE MAHAOLU HOMEOWNERSHIP/HOUSING COUNSELING | P: 808-242-7027<br>T:<br>F: 808-500-6199<br>E: mcenjj@halemahaolu.org<br>W: http://www.halemahaolu.org | 95 Mahalani Street, Suite 826-2A<br>Wailuku, HI 96793-2516 |
| HAWAII HOMEOWNERSHIP CENTER | P: 808-523-9500<br>T:<br>F:<br>E: info@hihomeownership.org<br>W: http://www.hihomeownership.org | 1259 Aala St Ste 201<br>Honolulu, HI 96817-3062 |
| HAWAIIAN COMMUNITY ASSETS, INC | P: 808-587-7656<br>T: 000-000-0000<br>F: 000-000-0000<br>E: info@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net/ | 310 Paoakalani Ave<br>Honolulu, HI 96815-3738 |
| HAWAIIAN COMMUNITY ASSETS, INC. - ANAHOLA BRANCH | P: 808-784-3841<br>T:<br>F:<br>E: kauaifac@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 2600 Kaumualii Highway<br>Suite E-12<br>Lihue, HI 96766 |
| HAWAIIAN COMMUNITY ASSETS, INC. - HILO BRANCH | P: 808-934-0501<br>T:<br>F:<br>E: hilofcc@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1315 Kalanianaole St<br>Hilo, HI 96720-4911 |
| HAWAIIAN COMMUNITY ASSETS, INC. - WAILUKU BRANCH | P: 808-727-8570<br>T:<br>F:<br>E: mauifcc@hawaiiancommunity.net<br>W: http://www.hawaiiancommunity.net | 1950 E Vineyard St<br>Wailuku, HI 96793-1715 |
| LEGAL AID SOCIETY OF HAWAII | P: 808-536-4302<br>T: 800-499-4302<br>F: 808-527-8088<br>E:<br>W: http://www.legalaidhawaii.org | 924 Bethel Street<br>HONOLULU, HI 96813-4304 |
| LEGAL AID SOCIETY OF HAWAII - Hilo Branch | P: 808-961-2851<br>T: 800-499-4302<br>F: 808-969-3983<br>E:<br>W: http://www.legalaidhawaii.org | 101 Aupuni Street<br>PH1002<br>HILO, HI 96720-4246 |
| LEGAL AID SOCIETY OF HAWAII - Kaneohe Branch | P: 808-235-5343<br>T: 800-499-4302<br>F: 808-239-5292<br>E:<br>W: http://www.legalaidhawaii.org | 45-955 Kamehameha Hwy.<br>Suite 206<br>KANEOHE, HI 96744-3922 |
| LEGAL AID SOCIETY OF HAWAII - Kaunakakai Branch | P: 800-553-3251<br>T: 800-499-4302<br>F: 808-774-8667<br>E:<br>W: http://www.legalaidhawaii.org | 40 Ala Malama Ave<br>Kaunakakai, HI 96748-0427 |
| LEGAL AID SOCIETY OF HAWAII - Lihue Branch | P: 808-245-4728<br>T: 800-499-4302<br>F: 808-246-8324<br>E:<br>W: http://www.legalaidhawaii.org | 3016 Umi Street<br>Suite 208<br>LIHUE, HI 96766-1345 |
| LEGAL AID SOCIETY OF HAWAII - Waianae Branch | P: 808-696-6322<br>T: 800-499-4302<br>F: 808-696-5809<br>E:<br>W: http://www.legalaidhawaii.org | 85-670 Farrington Hwy Ste A<br>WAIANAE, HI 96792-2407 |

https://data.hud.gov/housing_counseling.html

VCP110


9314710011701219472837-001-001-7

9314 7100 1170 1219 4728 37

## Agencies located in HAWAII

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| LEGAL AID SOCIETY OF HAWAII - Wailuku Branch | P: 808-244-3731<br>T: 800-499-4302<br>F: 808-446-7849<br>E:<br>W: http://www.legalaidhawaii.org | 24 N. Church street<br>Suite 401<br>WAILUKU, HI 96793-1680 |
| MONEY MANAGEMENT INTERNATIONAL - HONOLULU | P: 866-232-9080<br>T: 866-232-9080<br>F: 866-921-5129<br>E: counselinginfo@moneymanagement.org<br>W: http://www.moneymanagement.org | 500 Ala Moana Blvd Ste 7400<br>Honolulu, HI 96813-4902 |
| NSC (NACA COUNSELING SUBSIDIARY) - HONOLULU, HI | P: 310-412-2600<br>T: 617-250-6222<br>F: 877-329-8222<br>E: N/A<br>W: https://www.naca.com | 1516 S King St<br>Honolulu, HI 96826-1912 |

https://data.hud.gov/housing_counseling.html                                                                VCP110

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7777<br>T: 800-339-6516<br>F:<br>E: N/A<br>W: https://www.avestahousing.org/ | 307 Cumberland Ave<br>Portland, ME 04101-4920 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-517-9877<br>T: 207-517-9577<br>F:<br>E: jason.thomas@ceimaine.org<br>W: http://www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, ME 04011-1519 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, ME 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: http://www.kvcap.org | 101 Water St<br>Waterville, ME 04901-6339 |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: support@empowORbycast.com<br>W: http://www.penquis.org | 262 Harlow St<br>Bangor, ME 04401-4952 |
| WALDO COMMUNITY ACTION PARTNERS | P: 207-338-6809-1010<br>T:<br>F:<br>E: hdsyst@waldocap.org<br>W: https://oaklocap.org/ | 9 Field St<br>Belfast, ME 04915-6661 |



9314710011701219472837-001-001-9

Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002

PS Form 3877
Type of Mailing: CERTIFIED
October 22, 2025

*9047094*

ClientID: 256

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|------|----------------|------------------------------|---------|-----|--------------|----------------|-----------|
| 18 | 9314710011701219472790 | | $0.740 | $5.30 | $4.40 | $0.00 | 203403 |
| 19 | 9314710011701219472806 | | $0.740 | $5.30 | $4.40 | $0.00 | 203403 |
| 3 | 9314710011701219472783 | | $0.740 | $5.30 | $4.40 | $0.00 | 273621 |
| 1 | 9314710011701219472837 | Dennis Burns 169 DOUGLAS HILL RD WEST BALDWIN ME 04091-3034 | $1.030 | $5.30 | $4.40 | $0.00 | 174473 |
| 2 | 9314710011701219472844 | BURNS LORENE 169 DOUGLAS HILL RD WEST BALDWIN ME 04091-3034 | $1.030 | $5.30 | $4.40 | $0.00 | 174473 |
| 4 | 9314710011701219472554 | | $0.740 | $5.30 | $4.40 | $0.00 | 178552 |
| 12 | 9314710011701219472561 | | $0.740 | $5.30 | $4.40 | $0.00 | 186232 |
| 13 | 9314710011701219472578 | | $0.740 | $5.30 | $4.40 | $0.00 | 186232 |
| 6 | 9314710011701219472585 | | $0.740 | $5.30 | $4.40 | $0.00 | 202836 |
| 5 | 9314710011701219472592 | | $0.740 | $5.30 | $4.40 | $0.00 | 202836 |
| 20 | 9314710011701219472608 | | $0.740 | $5.30 | $4.40 | $0.00 | 203403 |
| 21 | 9314710011701219472615 | | $0.740 | $5.30 | $4.40 | $0.00 | 203403 |
| 9 | 9314710011701219472622 | | $0.740 | $5.30 | $4.40 | $0.00 | 205450 |
| 10 | 9314710011701219472639 | | $0.740 | $5.30 | $4.40 | $0.00 | 205450 |
| 25 | 9314710011701219472653 | | $0.740 | $5.30 | $4.40 | $0.00 | 215695 |
| 8 | 9314710011701219472660 | | $0.740 | $5.30 | $4.40 | $0.00 | 279181 |

BMO PHX, AZ #18
OCT 22 2025
USPS 85026

Page 1 of 2

Fay Servicing, LLC
PO Box 9002
Temecula, CA 92589-9002

PS Form 3877
Type of Mailing: CERTIFIED
October 22, 2025



*9047094*

| 17 | 9314710011701219472677 | $0.740 | $5.30 | $4.40 | $0.00 | 280336 |
| 14 | 9314710011701219472684 | $0.740 | $5.30 | $4.40 | $0.00 | 280356 |
| 15 | 9314710011701219472691 | $0.740 | $5.30 | $4.40 | $0.00 | 280356 |
| 11 | 9314710011701219472707 | $0.740 | $5.30 | $4.40 | $0.00 | 355900 |
| 7 | 9314710011701219472714 | $0.740 | $5.30 | $4.40 | $0.00 | 357689 |
| 23 | 9314710011701219472721 | $0.740 | $5.30 | $4.40 | $0.00 | 362256 |
| 16 | 9314710011701219472738 | $0.740 | $5.30 | $4.40 | $0.00 | 363525 |
| 22 | 9314710011701219472745 | $0.740 | $5.30 | $4.40 | $0.00 | 399418 |
| 24 | 9314710011701219472752 | $0.740 | $5.30 | $4.40 | $0.00 | 406029 |
| 29 | 9314710011701219472769 | $0.740 | $5.30 | $4.40 | $0.00 | 114520 |
| 30 | 9314710011701219472776 | $0.740 | $5.30 | $4.40 | $0.00 | 114520 |
| 27 | 9314710011701219472813 | $0.740 | $5.30 | $4.40 | $0.00 | 373849 |
| 28 | 9314710011701219472820 | $0.740 | $5.30 | $4.40 | $0.00 | 373849 |
| 26 | 9314710011701219472646 | $0.740 | $5.30 | $4.40 | $0.00 | 215695 |
| | Totals | $22.780 | $159.00 | $132.00 | $0.00 | |

Grand Total:    $313.78

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 30 | | | |
| Certified Mail Only: | 0 | Total Certified Mail w/RR: | 30 | Total Certified Mail w/RRE: | 0 |

BMEU PHX, AZ
OCT 22 2025
85026

**Fay Servicing, LLC**
PO Box 9002
Temecula, CA 92589-9002

PS Form 3665
Type of Mailing:
**CERTIFICATE OF MAILING**
October 22, 2025



*9047092*

ClientID: 256

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 2 | | | |

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 1 | 2405508343 | Dennis Burns<br>169 DOUGLAS HILL RD<br>WEST BALDWIN ME 04091-3034 | $0.740 | $2.40 | $0.00 | $0.00 | 174473 |
| 2 | 2405508344 | BURNS LORENE<br>169 DOUGLAS HILL RD<br>WEST BALDWIN ME 04091-3034 | $0.740 | $2.40 | $0.00 | $0.00 | 174473 |
| | | **Totals** | $1.480 | $4.80 | $0.00 | $0.00 | |

**Grand Total:**                    $6.28





US POSTAGE PITNEY BOWES

ZIP 85034
02 7W
0008034422

$ 004.80⁰

OCT 22 2025